

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALD JERRY  #122613** | CIVIL ACTION |
| **VERSUS** | NO. 00-0300 |
| **BURL CAIN, WARDEN, ET AL** | SECTION "M"(4) |

\* \* \* \* \* \* \* \* \*

MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT,** comes the State of Louisiana, through the undersigned Assistant District Attorney, who respectfully requests an extension of time in which to file a brief for the following reasons:

1. Respondent was served with petitioner's brief on February 14, 2000.

2. On February 16, 2000, undersigned counsel delivered a request for the Criminal District Court record to the Office of the Clerk of Court. However, as of this date, the clerk has been unable to provide a copy of that record.

3. Despite due diligence, counsel's inability to compile a complete record prevents respondent from filing either an adequate response or certified copy of the court record.

4. Respondent respectfully requests an extension of twenty days, until April 4, 2000, within which to file a record and response.

5. Respondent is unaware of any opposition to this motion for extension of time.

DATE OF ENTRY

MAR 28 2000



**WHEREFORE,** respondent respectfully requests an extension of twenty (20) days, until the 4th day of April, 2000, in which to file a response brief and a copy of the state court record in this matter.

Respectfully submitted,

_____
Charles E. F. Heuer BAR NO. 17968
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

### CERTIFICATE OF SERVICE

I certify that a copy of this Motion for Extension of Time has been served upon petitioner this 15th day of March, 2000 by placing a copy of same in the United States mail, postage prepaid, addressed to:

Kevin Smith, #118897
A.L.C., Earth B-1
3751 Lauderdale Woodyard Road
Kinder, Louisiana 70648

_____
Charles E. F. Heuer
Assistant District Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALD JERRY   #122613** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0300** |
| **BURL CAIN, WARDEN, ET AL** | **SECTION "M"(4)** |

## O R D E R

**IT IS ORDERED** that respondent herein be granted an extension until the 4th day of April, 2000 in which to file a response in the above-captioned matter.

_____
UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This ___16th___ day of March, 2000
New Orleans, Louisiana.

3