

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 24 P 4: 02

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALD JERRY #122613** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0300** |
| **BURL CAIN, WARDEN, ET AL** | **SECTION "M"(4)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT,** comes the State of Louisiana, through the undersigned

Assistant District Attorney, who respectfully requests an extension of time to file a response for

the following reasons:

1. Respondent was served with petitioner's brief on February 14, 2000. This court granted a previous extension until April 4, 2000.

2. On February 16, 2000, undersigned counsel delivered a request for the Criminal District Court record to the Office of the Clerk of Court. Respondent received the state court record on April 14, 2000.

4. Respondent respectfully requests an extension of ten days, until May 4, 2000, within which to file a record and response.

5. Respondent is unaware of any opposition to this motion for extension of time.

DATE OF ENTRY

MAY - 4 2000

Fee_____
Process_____
X /Dktd._____
✓ /CtRmDep____
Doc.No._____

**WHEREFORE,** respondent respectfully requests an extension of ten (10) days, until the 4th day of May, 2000, in which to file a response brief and a copy of the state court record in this matter.

Respectfully submitted,

Charles E. F. Heuer BAR NO. 17968
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion for Extension of Time has been served upon petitioner this 24th day of April, 2000 by placing a copy of same in the United States mail, postage prepaid, addressed to:

Gerald Jerry, #122613
Camp C, Dorm Bear 1
Louisiana State Penitentiary
Angola, Louisiana 70712

Charles E. F. Heuer
Assistant District Attorney

2

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**GERALD JERRY  #122613**                              **CIVIL ACTION**

**VERSUS**                                              **NO. 00-0300**

**BURL CAIN, WARDEN, ET AL**                            **SECTION "M"(4)**


### O R D E R

      **IT IS ORDERED** that respondent herein be granted an extension until the 4th

day of May, 2000 in which to file a response in the above-captioned matter.


UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana


This _29th_ day of April, 2000
New Orleans, Louisiana.