

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GERALD JERRY | CIVIL ACTION |
| VERSUS | NO. 00-0300 |
| BURL CAIN, WARDEN | SECTION "M" |

ORDER

In light of the Transfer Order issued contemporaneously herewith, the pending Motion to Dismiss Petition for Habeas Corpus for Lack of Jurisdiction is **MOOT**.

New Orleans, Louisiana, this 25 day of October, 2000.

Peter Beer
United States District Judge

DATE OF ENTRY
OCT 27 2000