Case 2:00-cv-00300-PB   Document 11   Filed 12/26/2000   Page 1 of 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  DEC 2 6 2000

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 00-31312

00-300 M

IN RE: GERALD JERRY,

Movant.

---

Motion for an order authorizing
the United States District Court for the Eastern
District of Louisiana to consider
a successive 28 U.S.C. § 2254 application

---

Before EMILIO M. GARZA, STEWART, and PARKER, Circuit Judges.

BY THE COURT:

Gerald Jerry, a/k/a Gerald Gerrell, Gerald Jerrell, and Gerald Gerrel, Louisiana state prisoner # 122163, requests authorization to file a successive 28 U.S.C. § 2254 application in the district court. Jerry seeks to raise the claims that 1) the jury instruction on reasonable doubt was unconstitutional; 2) his counsel rendered ineffective assistance; and 3) his indictment was defective. Jerry has not satisfied the standards for authorization set forth in 28 U.S.C. § 2244(b).

MOTION DENIED.

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
          Deputy  DEC 2 1 2000

New Orleans, Louisiana